IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN )
DINSDALE, Individually, and on Behalf of )
All Others Similarly Situated, )
                                                  )
            Plaintiffs, )
                                                  )
v.                                                )
                                               )
CASTLE POINT MORTGAGE, INC., )
                                               )
           Defendant. )

## COLLECTIVE ACTION COMPLAINT AND JURY DEMAND

### JURISDICTION AND VENUE

1. This is an action for monetary damages, declaratory and injunctive relief and other equitable and ancillary relief, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*

2. The Court has jurisdiction of the federal claims under 28 U.S.C. §1331.

3. Plaintiffs are the individuals named above and those who file consent forms with the Court. Plaintiffs Paul Reinsmith and Kevin Dinsdale are residents of Massachusetts.

4. Defendant, Castle Point Mortgage, Inc., is a Massachusetts corporation doing business in the State of Massachusetts and throughout the United States, including but not limited to a facility located at 300 Brickstone Square, Suite 603, Andover, Massachusetts 01810.

5. Defendant, Castle Point Mortgage, Inc., managed Plaintiffs' work, including the amount of overtime required to be worked, in Defendant's Massachusetts office.

6. Plaintiffs bring this action on behalf of themselves and other past and present similarly situated employees pursuant to 29 U.S.C. §216(b) of the Fair Labor Standards Act ("FLSA").

## GENERAL ALLEGATIONS

7. Plaintiffs, and the similarly situated employees have been employed as loan officers for Defendant at locations across the country.

8. This action is brought as a national collective action to recover unpaid overtime compensation, liquidated damages, unlawfully withheld wages, statutory penalties and damages owed to Plaintiffs and all other loan officers employed by, or formerly employed by Castle Point Mortgage, Inc., its subsidiaries and affiliated companies.

9. During the statutory period, Plaintiffs and the similarly situated employees routinely worked in excess of forty (40) hours per week without overtime compensation.

10. This practice violates the provisions of the Federal Fair Labor Standards Act, 29 U.S.C. §201 et seq., specifically § 207(a)(1). As a result of this unlawful practice, Plaintiffs and the similarly situated employees suffered a loss of wages.

11. Defendant failed to pay overtime wages and other benefits to Plaintiffs and other similarly situated loan officers during their employment by intentionally, willfully and improperly designating the position of loan officer as exempt from federal law in direct violation of the FLSA, despite two Department of Labor, Age and Hour Division, Opinion Letters, dated May 17, 1999 and February 16, 2001

respectively, concluding that loan officers were not exempt from the overtime requirements of the FLSA.

12. Plaintiffs will immediately request the Court to authorize notice to all such persons informing them of the pendency of this action and their right to "opt-in" to this lawsuit pursuant to the FLSA 29 U.S.C. §216(b), for the purpose of seeking overtime compensation and liquidated damages under Federal law.

### COUNT I
### FAIR LABOR STANDARDS ACTION
### 29 U.S.C. § 201 ET SEQ.
### UNPAID WAGES/OVERTIME

13. Plaintiffs re-allege Paragraphs 1 through 12.

14. The foregoing actions of Defendant constitutes violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* Defendant's actions were willful and not in good faith.

15. Defendant is liable to Plaintiffs for actual damages, liquidated damages and equitable relief, pursuant to 29 U.S.C. §216(b).

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs, individually and on behalf of all others similarly situated, by and through their attorney, Erik H. Langeland, demand judgment against the Defendant, CASTLE POINT MORTGAGE, INC., and in favor of the Plaintiffs and all others similarly situated, for a sum that will properly, adequately and completely compensate Plaintiffs for the nature, extent and duration of their damages, the costs of this action and as follows:

1. Order the Defendant to file with this Court and furnish to counsel a list of all names and addresses of all loan officers employed by Defendant from across the United States who currently work or have worked for the Defendant, its subsidiaries or affiliated companies, within the last (3) years;

2. Authorize Plaintiffs' counsel to issue notice at the earliest possible time to all current and former loan officers employed by the Defendant during the three years immediately preceding this action, informing them that this action has been filed, of the nature of the action, and of their right to opt-in to this lawsuit if they worked hours in excess of forty hours in a week during the liability period, but were not paid overtime as required by the FLSA;

3. Declare and find that the Defendant committed one or more of the following acts:

    a. Violated overtime provisions of the FLSA by failing to pay overtime wages to Plaintiffs and similarly situated persons who opt-in to this action; and

    b. Willfully violated overtime provisions of the FLSA

4. Award compensatory damages, including all overtime pay owed, in an amount according to proof;

5. Award interest on all overtime compensation due accruing from the date such amounts were due;

6. Award an equal amount as liquidated damages;

7. All costs and attorney's fees incurred prosecuting this claim;

8. Leave to amend to add claims under applicable state laws;

9. Leave to add additional plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court; and

For such further relief as the Court deems just and equitable.

### JURY DEMAND

Plaintiffs demand trial by jury.

Dated: June 3, 2005

Respectfully Submitted

_____
Erik H. Langeland
Erik H. Langeland, P.C.
730 Fifth Avenue, 9th Floor
New York, NY 10019
(212) 659-7774
ATTORNEY FOR PLAINTIFFS

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Paul Reinsmith and Kevin Dinsdale, Individually and on behalf of all others similarly situated

(b) County of Residence of First Listed Plaintiff  Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Erik H. Langeland, 730 Fifth Ave., 9th Fl., New York, NY 10019
(212) 659-7774

## DEFENDANTS
Castle Point Mortgage, Inc.

County of Residence of First Listed Defendant  Middlesex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending |  ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. secs. 201 et seq.
Brief description of cause:
Defendant failed to pay overtime wages in violation of the FLSA, 29 U.S.C. Secs. 201 et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: June 3, 2005
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____