AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____    District of   MASSACHUSETTS, EASTERN DIVISION

PAUL REINSMITH and KEVIN DINSDALE, Individually and on behalf of all others similarly situated,

              V.   Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASTLE POINT MORTGAGE, INC.

              Defendant

CASE **05   11168   GAO**

TO: (Name and address of Defendant)

CASTLE POINT MORTGAGE
300 Brickstone Square, Suite 603
Andover, MA 01810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERIK H. LANGELAND
Erik H. Langeland, P.C.
730 Fifth Avenue, 9th Fl.
New York, NY 10019

(212) 659-7774

an answer to the complaint which is herewith served upon you, within   TWENTY (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  JUN - 6 2005

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 0511168GAO

I hereby certify and return that today, June 30, 2005, at 3:57 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Castle Point Mortgage, Inc., by giving in hand to Timothy Hoey, Manager, Agent in Charge. Said service was effected at: Castle Point Mortgage, Inc., 300 Brickstone Square, Suite 603, Andover, MA 01810.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 30, 2005.

_(signature)_

**Dean DeVito**, Process Server
& Disinterested Person over Age 18.    Total Fees: $40.00
**Constable's Office**
16 Pine Street, #10
Lowell, MA, 01851
(978) 454-4635 , (978) 455-1042 Fax