IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>    Defendant. | Case No. 05 11168 GAO |

**PLAINTIFFS' NOTICE OF FILING CONSENT(S) TO JOIN
PURSUANT TO [29 U.S.C. §§207, 211(c), 216(b)]**

NOW COME the Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby submit the following Consent(s) to Join pursuant to 29 U.S.C. §216(b), copies of which are attached and identified as follows:

  1. Shawn Hakes;
  2. Charles Smith.

                Erik H. Langeland, P.C.
                Attorneys for Plaintiffs

DATED: July 21, 2005      /s/ Erik H. Langeland
                Erik H. Langeland
                BBO #567388
                Erik H. Langeland, P.C.
                730 Fifth Avenue, 9th Floor
                New York, NY 10019
                (212) 659-7774
                erik.h.langeland@rcn.com
                ATTORNEY FOR PLAINTIFFS

## OPT-IN CONSENT FORM

### *Reinsmith et al vs. Castle Point Mortgage, Inc.*

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Shawn HAWKES | S.S.# 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 |
|---|---|
| Address: 257 Amory St. Apt 2 Manchester, NH 03101 | Work Phone: 603-622-5999 Ext 206<br>Home Phone: 603-714-5683<br>Email: Shawkes2000@yahoo.com |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. §216(b)**

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about July 2004 (month, year) to on or about Nov 2004 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Date Signed) 7-12-05        (Signature) [signed]

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).

## OPT-IN CONSENT FORM

### *Reinsmith et al vs. Castle Point Mortgage, Inc.*

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Charles Smith | S.S.# 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 |
| --- | --- |
| Address: 1400 Worcester Rd #7117 Framingham MA 01702 | Work Phone: 978-269-6148 Home Phone: 413-218-8306 Email: cdsmith_20744@yahoo.com |

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about 12/04 (month, year) to on or about 5/05 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Date Signed) 6/23/05        (Signature) [signed]

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 05 11168 GAO<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' NOTICE OF FILING CONSENT(S) TO JOIN PURSUANT TO [29 U.S.C. §§207, 211(c), 216(b)]

NOW COME the Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby submit the following Consent(s) to Join pursuant to 29 U.S.C. §216(b), copies of which are attached and identified as follows:

1. Shawn Hakes;
2. Charles Smith.

                  Erik H. Langeland, P.C.
                  Attorneys for Plaintiffs

DATED: July 21, 2005        /s/ Erik H. Langeland
                  Erik H. Langeland
                  BBO #567388
                  Erik H. Langeland, P.C.
                  730 Fifth Avenue, 9th Floor
                  New York, NY 10019
                  (212) 659-7774
                  erik.h.langeland@rcn.com
                  ATTORNEY FOR PLAINTIFFS

erik.h.langeland@rcn.com
ATTORNEY FOR PLAINTIFFS

## OPT-IN CONSENT FORM

### Reinsmith et al vs. Castle Point Mortgage, Inc.

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Shawn Hawkes | S.S.# _____ |
|---|---|
| Address: 257 Amory St. Apt 2  Manchester, NH 03101 | Work Phone: _____  Home Phone: ___-___-____  Email: Shawkes2000@yahoo.com |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about July 2004 (month, year) to on or about Nov 2004 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| (Date Signed) 7-12-05 | (Signature) /s/ |
|---|---|

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).

## OPT-IN CONSENT FORM

### Reinsmith et al vs. Castle Point Mortgage, Inc.

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Charles Smith | S.S.# |
|---|---|
| Address: 1400 Worcester Rd #7117 Framingham MA 01702 | Work Phone: 75-___-6140 Home Phone: 413-218-5306 Email: cdsmith_20744@yahoo.com |

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about 12/04 (month, year) to on or about 5/05 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| (Date Signed) 6/23/05 | (Signature) |
|---|---|

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).