**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05 11168 GAO |
| v. | ) ) | |
| CASTLE POINT MORTGAGE, INC., | ) ) | |
| Defendant. | | |

**APPLICATION FOR LEAVE OF COURT TO ADMIT**
**OUT-OF STATE COUNSEL**

Erik H. Langeland, a member of good standing of the bars of the State of Massachusetts and the United States District Court for the District of Massachusetts, applies for leave of court to admit out-of-state counsel to practice in the United States District Court for the District of Massachusetts, under Local Rule 83.5.3(b) with reference to the above-captioned case.

In support of this application, Applicant states that Daniel K. Touhy, James B. Zouras, and Ryan F. Stephan are attorneys in the law firm of Touhy & Touhy, Ltd. with offices located at 161 North Clark Street, Suite 2210, Chicago, Illinois 60601 and are members in good standing of the bar of the State of Illinois and every other jurisdiction where they have been admitted to practice; that there are no disciplinary proceedings pending against any of the above attorneys in any jurisdiction; and that the attorneys are familiar with the Local Rule of the United States District Court for the District of Massachusetts. Each of the above attorneys files an Affidavit with this application certifying the above.

Applicant seeks leave of court to admit out-of-state counsel to practice in the United States District Court for the District of Massachusetts relative to the above-

captioned matter because Touhy & Touhy, Ltd. serves as lead counsel for the Plaintiffs

on this matter and is familiar with the facts and logistics of the matter.

Erik H. Langeland, P.C.
Attorneys for Plaintiffs


DATED: July 21, 2005                          /s/ Erik H. Langeland
                                              Erik H. Langeland
                                              BBO #567388
                                              Erik H. Langeland, P.C.
                                              730 Fifth Avenue, 9th Floor
                                              New York, NY 10019
                                              (212) 659-7774
                                              erik.h.langeland@rcn.com
                                              ATTORNEY FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN )
DINSDALE, Individually, and on Behalf of )
All Others Similarly Situated, )
           )
          Plaintiffs, )
           )   Case No. 05 11168 GAO
v. )
           )
CASTLE POINT MORTGAGE, INC., )
           )
          Defendant. )

### AFFIDAVIT OF DANIEL K. TOUHY

I, Daniel K. Touhy, being duly sworn state as follows:

1. I am an attorney with a practice located at 161 North Clark Street, Suite 2210, Chicago, Illinois 60601.

2. I am a member of the Bar of the State of Illinois and practice in the state and federal courts in Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the pain and penalties of perjury this 21st day of July 2005.

Daniel K. Touhy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CASTLE POINT MORTGAGE, INC., )<br><br>Defendant. ) | Case No. 05 11168 GAO |

### AFFIDAVIT OF RYAN F. STEPHAN

I, Ryan F. Stephan, being duly sworn state as follows:

1. I am an attorney with a practice located at 161 North Clark Street, Suite 2210, Chicago, Illinois 60601.

2. I am a member of the Bar of the State of Illinois and practice in the state and federal courts in Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the pain and penalties of perjury this 21ST day of July 2005.

_____
Ryan F. Stephan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN     )
DINSDALE, Individually, and on Behalf of  )
All Others Similarly Situated,        )
                                 )
            Plaintiffs,       )
                                 )   Case No. 05 11168 GAO
   v.                        )
                                 )
CASTLE POINT MORTGAGE, INC.,    )
                                 )
            Defendant.     )

### AFFIDAVIT OF JAMES B. ZOURAS

I, James B. Zouras, being duly sworn state as follows:

1.  I am an attorney with a practice located at 161 North Clark Street, Suite 2210, Chicago, Illinois 60601.

2.  I am a member of the Bar of the State of Illinois and practice in the state and federal courts in Illinois.

3.  I am a member in good standing in every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the pain and penalties of perjury this 21st day of July 2005.

_____
James B. Zouras