IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | Case No. 05 11168 GAO |

**PLAINTIFFS' NOTICE OF FILING CONSENT(S) TO JOIN PURSUANT TO [29 U.S.C. §§207, 211(c), 216(b)]**

NOW COME the Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby submit the following Consent(s) to Join pursuant to 29 U.S.C. §216(b), copies of which are attached and identified as follows:

1. Ty Hemmert

Erik H. Langeland, P.C.
Attorneys for Plaintiffs

DATED: August 10, 2005

/s/ Erik H. Langeland
Erik H. Langeland
BBO #567388
Erik H. Langeland, P.C.
730 Fifth Avenue, 9th Floor
New York, NY 10019
(212) 659-7774
erik.h.langeland@rcn.com
ATTORNEY FOR PLAINTIFFS

## OPT-IN CONSENT FORM

### *Reinsmith et al vs. Castle Point Mortgage, Inc.*

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Ty Hemmert | S.S.# 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 |
| Address: 150 E. 6TH ST APT 2 South Boston MA 02127 | Work Phone: 781-902-3876 |
| | Home Phone: 617-818-5911 |
| | Email: |

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about 7/03 (month, year) to on or about 1/04 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| (Date Signed) 8/10/05 | (Signature) Ty He... |

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).