IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN )
DINSDALE, Individually, and on Behalf of )
All Others Similarly Situated, )
)
        Plaintiffs, )
) Case No. 05 11168 GAO
v. )
)
CASTLE POINT MORTGAGE, INC., )
)
        Defendant.

### PLAINTIFFS' NOTICE OF FILING CONSENT(S) TO JOIN PURSUANT TO [29 U.S.C. §§207, 211(c), 216(b)]

NOW COME the Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby submit the following Consent(s) to Join pursuant to 29 U.S.C. §216(b), copies of which are attached and identified as follows:

1. Scott Dauteuil;
2. Michael O'Leary;
3. Steven Glines;
4. Amanda Raffenello;
5. Shawn Driggers.

                                        Erik H. Langeland, P.C.
                                        Attorneys for Plaintiffs

DATED: November 9, 2005          /s/ Erik H. Langeland
                                        Erik H. Langeland
                                        BBO #567388
                                        Erik H. Langeland, P.C.
                                        730 Fifth Avenue, 9th Floor
                                        New York, NY 10019
                                        (212) 659-7774

erik.h.langeland@rcn.com
ATTORNEY FOR PLAINTIFFS

## OPT-IN CONSENT FORM

*Reinsmith and Dinsdale et al vs. Castlepoint Mortgage et al*

**Complete and Mail To:**

TOUHY & TOUHY, LTD.
Attn: Castlepoint Mortgage Overtime Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Scott Davteuil | S.S.# |
|---|---|
| Address: 7 Appaloosa Ave, Pelham NH 03076 | Work Phone: 603-765-1670 |
|  | Home Phone: 978-452-1113 |
|  | Email: SDofes@adelphia.net |

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castlepoint Mortgage in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castlepoint Mortgage from on or about 7/03 (month, year) to on or about 3/05 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD., and ERIK H. LANGELAND, P.C., ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| (Date Signed) 11/6/05 | (Signature) [signed] |
|---|---|

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

## OPT-IN CONSENT FORM

*Reinsmith and Dinsdale et al vs. Castlepoint Mortgage et al*

Complete and Mail To:

TOUHY & TOUHY, LTD.
Attn: Castlepoint Mortgage Overtime Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Michael O'Leary | S.#  |
|---|---|
| Address: 4 Elizabeth Dr, Dracut, MA 01826 | Work Phone: |
| | Home Phone: |
| | Email: Mike-Oleary@comcast.net |

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castlepoint Mortgage in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castlepoint Mortgage from on or about 11/03 (month, year) to on or about 7/04 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD., and ERIK H. LANGELAND, P.C., ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Date Signed) 11/8/05      (Signature) *[signed]*

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

## OPT-IN CONSENT FORM

### *Reinsmith et al vs. Castle Point Mortgage, Inc.*

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Steve Glines | S.S.# — |
| Address: 18 Meredith D. Nashua, NH 03063 | Work Phone: ___-654-_45_ |
| | Home Phone: ___-___-___ |
| | Email: steveglines@hotmail.com |

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about 12/04 (month, year) to on or about 2/05 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| (Date Signed) 11 / 8 / 2005 | (Signature) [signed] |

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).

## OPT-IN CONSENT FORM

### *Reinsmith et al vs. Castle Point Mortgage, Inc.*

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) Amanda Raffenello | S.S.# |
|---|---|
| Address: 25 Mill St<br>Epping, NH 03042 | Work Phone: (illegible) x20<br>Home Phone: (illegible)<br>Email: amanda_raffenello@msn.com |

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about 7/14/04 (month, year) to on or about 9/20/05 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| (Date Signed) 11-8-05 | (Signature) Amanda [signature] |
|---|---|

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).

## OPT-IN CONSENT FORM

### *Reinsmith et al vs. Castle Point Mortgage, Inc.*

Complete and Mail To:
TOUHY & TOUHY, LTD.
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) | Shawn Drigger S | S.S.#: | [illegible] |
|---|---|---|---|
| Address: | 19 Lance Ave, Litchfield NH 03052 | Work Phone: | [illegible] |
| | | Home Phone: | [illegible] |
| | | Email: | Shawndriggers@yahoo.c[om] |

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castle Point Mortgage, Inc. in connection with the above referenced lawsuit.

2. I have worked in the position of loan officer at Castle Point Mortgage, Inc. from on or about 3/2004 (month, year) to on or about 1/2005 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate the law firms of TOUHY & TOUHY, LTD. and ERIK H. LANGELAND, P.C. ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Date Signed) 11/07/2005        (Signature) [signature]

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).