IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | Case No. 05 11168 GAO |

PLAINTIFFS' NOTICE OF MOTION TO STRIKE CONSENT TO JOIN

NOW COME the Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby move to strike Shawn Drigger's consent to join this case filed on November 9, 2005.

                                                Erik H. Langeland, P.C.
                                                Attorneys for Plaintiffs

DATED: November 29, 2005                /s/ Erik H. Langeland
                                                Erik H. Langeland
                                                BBO #567388
                                                Erik H. Langeland, P.C.
                                                730 Fifth Avenue, 9th Floor
                                                New York, NY 10019
                                                (212) 659-7774
                                                erik.h.langeland@rcn.com
                                                ATTORNEY FOR PLAINTIFFS