IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | Case No. 05 11168 GAO |

### PLAINTIFFS' NOTICE OF FILING CONSENT(S) TO JOIN PURSUANT TO [29 U.S.C. §§207, 211(c), 216(b)]

NOW COME the Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby submit the following Consent(s) to Join pursuant to 29 U.S.C. §216(b), copies of which are attached and identified as follows:

1. Christopher Boucher;
2. Frank Rocha;
3. Jason Lewis;
4. Nichol Hannaford.

Erik H. Langeland, P.C.
Attorneys for Plaintiffs

DATED: November 29, 2005

/s/ Erik H. Langeland
Erik H. Langeland
BBO #567388
Erik H. Langeland, P.C.
730 Fifth Avenue, 9th Floor
New York, NY 10019
(212) 659-7774
erik.h.langeland@rcn.com
ATTORNEY FOR PLAINTIFFS