IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | Case No. 051168 GAO |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AGAINST ERIC JENSEN AND AMANDA RAFFENELLO

Plaintiffs, Paul Reinsmith and Kevin Dinsdale, move to dismiss Defendant's counterclaim against opt-in Plaintiffs Eric Jensen and Amanda Raffenello under the anti-retaliation provision of the Fair Labor Standards Act 29 U.S.C. §215(a)(3) and Federal Rule of Civil Procedure 12(b)(1) and 12(b)(2). Plaintiffs should prevail on this Motion because Defendant has now filed counterclaims against five members of this class— nearly one-third of its members—to punish those who have joined and to intimidate others to prevent them from joining. Moreover, Defendant's permissive counterclaims have no independent jurisdictional basis as: they do not involve federal questions; the Defendant cannot establish diversity jurisdiction; and there is no basis for this Court to exercise supplemental jurisdiction.

### CERTIFICATON

Plaintiffs' Counsel certifies that the parties have conferred and have attempted in good faith to resolve or narrow the issues raised in this Motion.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument.

Dated: December 22, 2005                    Respectfully Submitted

                                            /s/ Erik H. Langeland
                                            Erik H. Langeland
                                            Erik H. Langeland, P.C.
                                            730 Fifth Avenue, 9th Floor
                                            New York, NY 10019
                                            (212) 659-7774
                                            ATTORNEY FOR PLAINTIFFS