UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | C.A. No. 05 11168 GAO |

JOINT STATEMENT

Pursuant to Local Rule 16.1(B), the parties in the above-captioned matter submit this Joint Statement in advance of the Scheduling Conference on January 31, 2006.

I.  Proposed Pretrial Schedule

The parties have agreed to the following proposed discovery deadlines:

A. Notice to potential class members, number of mailings, and deadline for filing opt-in notice: to be determined by the Court;

B. Completion of fact discovery: 7 months following the opt in deadline;

C. Rule 26(a)(2) disclosures of plaintiff's experts: 6 weeks following the close of fact discovery;

D. Rule 26(a)(2) disclosures of defendant's experts: 6 weeks following the deadline for disclosure of plaintiffs' experts;

F. Depositions of experts: 4 weeks following the deadline for disclosure of defendant's experts;

G. Motions to amend complaint: 3 months following the opt in deadline.

H. Motions for summary judgment filed: 4 weeks following the conclusion of the period for expert depositions; and

I. If no motions for summary judgment are filed, pretrial conference held approximately 4 weeks after the summary judgment deadline; otherwise, pretrial

conference, if necessary, held approximately 30 days after receipt of the Court's order on motions for summary judgment.

II.   <u>Phased Discovery</u>.  The parties agree that discovery will not be conducted in phases or limited to certain issues.

III.  <u>Trial by Magistrate</u>.  At this time, the parties do not agree to trial before the Magistrate Judge.

IV.   <u>Certification of Conference Pursuant to Local Rule 16.1(D)(3)</u>

The parties will file their certifications separately.

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, individually and on behalf of all others similarly situated, | CASTLE POINT MORTGAGE CORP., |
| By their attorneys, | By its attorneys, |
| s/Erik H. Langeland<br>Erik H. Langeland<br>Erik H. Langeland, P.C.<br>730 Fifth Ave, Ninth Floor<br>New York, NY  10019<br>(212) 659-7774 | s/Christa von der Luft<br>Christa von der Luft (BBO# 600362)<br>Nutter, McClennen & Fish, LLP<br>155 Seaport Blvd.<br>World Trade Center West<br>Boston, MA  02210<br>(617) 439-2000 |

Dated:  January 26, 2006

1499760.1