IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE , Individually, and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 051168 GAO<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiffs move to continue the Scheduling Conference currently scheduled for January 31, 2006 until February 9, 2006 at 2:00 PM. Defendant has assented to this Motion.

**CERTIFICATON**

Plaintiffs' Counsel certifies that the parties have conferred and have attempted in good faith to resolve or narrow the issues raised in this Motion.

Dated: January 30, 2006                    Respectfully Submitted

/s/ Erik H. Langeland
Erik H. Langeland
Erik H. Langeland, P.C.
730 Fifth Avenue, 9th Floor
New York, NY 10019
(212) 659-7774
ATTORNEY FOR PLAINTIFFS