IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN )
DINSDALE, Individually, and on Behalf of )
All Others Similarly Situated, )
)
          Plaintiffs, )
) Case No. 051168 GAO
v. )
)
CASTLE POINT MORTGAGE, INC., )
)
          Defendant. )

**PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

We certify that we have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: January 30, 2006

                              Paul Reinsmith
                              Plaintiff

                              Kevin Dinsdale
                              Plaintiff

                              /s/ Erik H. Langeland
                              Erik H. Langeland
                              Erik H. Langeland, P.C.
                              730 Fifth Avenue, 9th Floor
                              New York, NY 10019
                              (212) 659-7774