UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually and on Behalf of all Others Similarly Situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CASTLE POINT MORTGAGE, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 05 11168 GAO |

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Castle Point Mortgage Corp. certifies that an authorized representative has conferred with counsel with respect to the above matter:

(a)   with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs.

/s/Christa von der Luft
**Christa von der Luft (BBO#600362)**
**Nutter, McClennen & Fish, LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA  02210**
**(617) 439-2000**

/s/ Gerald Infantino
**Gerald Infantino**
**President**
**Castle Point Mortgage Corp.**

Date: February 8, 2006

1498646.1