UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually and on Behalf of all Others Similarly Situated, )<br>)<br>)<br>)<br>) |  |
| Plaintiffs, ) | C.A. No. 05 11168 GAO |
| )<br>v. )<br>) |  |
| Castle Point Mortgage, Inc., )<br>) |  |
| Defendant. )<br>) |  |

## PROPOSED ORDER REGARDING NOTICE
## TO POTENTIAL COLLECTIVE ACTION MEMBERS

It is hereby ordered that:

1. Defendant will provide plaintiffs' counsel with an electronic copy of the names and addresses of all loan officers employed by Castle Point Mortgage during the past three years by February 13, 2006.

2. Plaintiffs' counsel will send an initial notice to potential collective action members in the form attached as Exhibit A by February 17, 2006.

3. If notices are returned as undeliverable, plaintiffs' counsel may re-send notice to such loan officers without such notice counting towards the two-notice limit.

4. Plaintiffs' counsel may send a second notice to potential collective action members before April 18, 2006

5. The electronic copy of the names and addresses provided by defendant shall be used by plaintiffs' counsel only for the purpose of sending notice in the form attached as Exhibit A. The list shall not be disclosed to plaintiffs or individual class members.

6. With the exception of sending the approved notice, plaintiffs' counsel shall not initiate contact with potential collective action members. Once potential collective action members initiate contact with plaintiffs' counsel, counsel may engage in further communications with such members.

7. Consents to opt in to this action must be filed by April 18, 2006, or 60 days from the date initial notice is sent to potential collective action members, whichever is sooner.

_____<br>O'TOOLE, J.

Dated: February ___, 2006

1503576.1

## NOTICE OF CLASS ACTION LAWSUIT

*Reinsmith and Dinsdale vs. Castle Point Mortgage, Inc.,*
*United States District Court for the District of Massachusetts*

**TO:** All persons employed as Loan Officers by Castle Point Mortgage, Inc. at any time from February 18, 2003 to the present.

**FROM:** Ryan F. Stephan, Esq., Touhy & Touhy Ltd.
Erik H. Langeland, Esq., Erik H. Langeland, P.C.

**RE:** Right to Join Collective Action Seeking Overtime Compensation Against Castle Point Mortgage, Inc.

\*\*\*\*

### PLEASE READ THIS NOTICE CAREFULLY.
### THIS NOTICE COULD AFFECT YOUR LEGAL RIGHTS.

### I. INTRODUCTION

The purpose of this Notice is (1) to inform you of a collective action lawsuit against Castle Point Mortgage, Inc. ("Castle Point") that you may be able to join; (2) to advise you of how your rights may be affected by this lawsuit; and (3) to instruct you on the procedure for participating in this lawsuit should you decide that it is appropriate. You are receiving this notice because Castle Point's records show that you were a Loan Officer employed by Castle Point between February 9, 2003 and the present.

### II. DESCRIPTION OF THE LAWSUIT

On June 6, 2005, plaintiffs Paul Reinsmith and Kevin Dinsdale (former Castle Point Loan Officers) filed a lawsuit in federal court in Massachusetts, contending that they were incorrectly classified as "exempt" from overtime compensation under the Federal Fair Labor Standards Act.

Plaintiffs seek compensation for the overtime they worked, plus interest, statutory penalties, reasonable attorneys' fees and litigation costs for themselves and for you, if you decide to join this lawsuit. This lawsuit is a collective action, meaning that the named plaintiffs are seeking to proceed on behalf of other similarly situated employees who may have similar FLSA claims.

Castle Point contends that the Loan Officers were properly classified as exempt employees and are not entitled to overtime pay in addition to the commissions and salaries they received. Castle Point also contends that to the extent the FLSA was violated, it was an innocent error and that all actions were taken in good faith. Castle Point also contends that there is no basis for penalties to be assessed against it.

### III. WHO CAN JOIN

The named plaintiffs seek to recover alleged unpaid overtime on behalf of themselves and also on behalf of current and former Loan Officers employed by Castle Point at any time from February 9, 2003 to the present who believe that they were not properly compensated.

If you have already brought a lawsuit against Castle Point for failure to pay overtime wages owed to you, you may not be eligible for this lawsuit.

1

## IV. YOUR RIGHT TO PARTICIPATE IN THIS SUIT

If you were a Castle Point Loan Officer as described above, you may join this suit (that is, you may "opt in") by mailing the "Opt-In Consent" form to Plaintiffs' counsel at the following address:

**TOUHY & TOUHY, LTD.**
Attn: Castle Point Mortgage, Inc. Class Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

This form must be returned in sufficient time to have Plaintiffs' counsel file it with the federal court on or before April 18, 2006. If you do not return the "Opt-In Consent" form to Plaintiffs' counsel before the above deadline date, you may not be able to participate in the lawsuit.

## V. EFFECT OF JOINING THIS SUIT

If you choose to join in the suit, you will be bound by the judgment or settlement, whether it is favorable or unfavorable. While this suit is pending, you may be required to respond to written questions, produce documents, sit for depositions, and/or testify in court. The attorneys for the class Plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fee. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. By joining this lawsuit, you designate the class representatives as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you if you join this lawsuit.

## VI. NO LEGAL EFFECT IN NOT JOINING THIS SUIT

If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in this case. If you choose not to join in this lawsuit, you are free to file your own lawsuit. The statute of limitations will continue to run on your claim until you join this suit or file your own.

## VII. NO RETALIATION PERMITTED

Federal law prohibits Castle Point Mortgage, Inc. from discharging or in any other manner discriminating against you because you join this lawsuit.

2

## VIII. YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this suit, your interests will be represented by the named Plaintiffs through their attorneys, as counsel for the class. Counsel for the class are: Daniel K. Touhy, Esq., James B. Zouras Esq., and Ryan F. Stephan, Esq., TOUHY & TOUHY, LTD., 161 North Clark Street, Suite 2210, Chicago, Illinois 60601. Phone: (877)-372-2209. Facsimile: (312)-456-3838. Email: lawyers@touhlylaw.com., and the firm ERIK H. LANGELAND, P.C. by attorney Erik H. Langeland, 730 Fifth Avenue, 9th Floor, New York, New York, 10019. Phone: (212)-659-7774. Facsimile: (212)-898-9086.

## IX. FURTHER INFORMATION

You may obtain further information about this Notice, filing an "Opt-In Consent" form, or answers to questions concerning this lawsuit by writing or calling Plaintiffs' counsel at the number and address stated above.

Dated: _____                    Sincerely,

                                          _____
                                          TOUHY & TOUHY, LTD.

### **PLEASE NOTE**

There is a two (2) year deadline for filing overtime claims (or three (3) years if the violation was willful) running from the date(s) the overtime hours were actually worked. You have multiple deadlines if you worked overtime on multiple occasions.

1461055.2

3