UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN DINSDALE, )
Individually and on Behalf of all Others Similarly )
Situated, )
 )
Plaintiffs, ) C.A. No. 05 11168 GAO
 )
v. )
 )
Castle Point Mortgage, Inc., )
 )
Defendant. )

### ORDER REGARDING NOTICE
### TO POTENTIAL COLLECTIVE ACTION MEMBERS

It is hereby ordered that:

1. Defendant will provide plaintiffs' counsel with an electronic copy of the names and addresses of all loan officers employed by Castle Point Mortgage during the past three years by February 13, 2006.

2. Plaintiffs' counsel will send an initial notice to potential collective action members in the form attached as Exhibit A by February 17, 2006.

3. If notices are returned as undeliverable, plaintiffs' counsel may re-send notice to such loan officers without such notice counting towards the two-notice limit.

4. Plaintiffs' counsel may send a second notice to potential collective action members before April 18, 2006

5. The electronic copy of the names and addresses provided by defendant shall be used by plaintiffs' counsel only for the purpose of sending notice in the form attached as Exhibit A. The list shall not be disclosed to plaintiffs or individual class members.

6. With the exception of sending the approved notice, plaintiffs' counsel shall not initiate contact with potential collective action members. Once potential collective action members initiate contact with plaintiffs' counsel, counsel may engage in further communications with such members.

    7.    Consents to opt in to this action must be filed by April 18, 2006, or 60 days from the date initial notice is sent to potential collective action members, whichever is sooner.

/s/George A. O'Toole, Jr
_____
O'TOOLE, J.

Dated: February 17, 2006

1503576.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN DINSDALE,  )
Individually and on Behalf of all Others Similarly )
Situated, )
            )
    Plaintiffs,    )   C.A. No. 05 11168 GAO
            )
v.          )
            )
Castle Point Mortgage, Inc.,  )
            )
    Defendant.    )

## PROPOSED ORDER REGARDING NOTICE
## TO POTENTIAL COLLECTIVE ACTION MEMBERS

It is hereby ordered that:

1. Defendant will provide plaintiffs' counsel with an electronic copy of the names and addresses of all loan officers employed by Castle Point Mortgage during the past three years by February 13, 2006.

2. Plaintiffs' counsel will send an initial notice to potential collective action members in the form attached as Exhibit A by February 17, 2006.

3. If notices are returned as undeliverable, plaintiffs' counsel may re-send notice to such loan officers without such notice counting towards the two-notice limit.

4. Plaintiffs' counsel may send a second notice to potential collective action members before April 18, 2006

5. The electronic copy of the names and addresses provided by defendant shall be used by plaintiffs' counsel only for the purpose of sending notice in the form attached as Exhibit A. The list shall not be disclosed to plaintiffs or individual class members.

6. With the exception of sending the approved notice, plaintiffs' counsel shall not initiate contact with potential collective action members. Once potential collective action members initiate contact with plaintiffs' counsel, counsel may engage in further communications with such members.

7.    Consents to opt in to this action must be filed by April 18, 2006, or 60 days from the date initial notice is sent to potential collective action members, whichever is sooner.

/s/ George A. O'Toole, Jr.
O'TOOLE, J.

Dated: February 17, 2006

1503576.1