UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually and on Behalf of all Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CASTLE POINT MORTGAGE, INC., )<br><br>Defendant. ) | C.A. No. 05 11168 GAO |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL

Opt-in plaintiff Eric Jensen and defendant Castle Point Mortgage, Inc. ("Castle Point") jointly request this Court's approval of the Settlement Agreement and General Release ("Agreement," attached as Exhibit A), and the Stipulation of Dismissal with Prejudice ("Stipulation," attached as Exhibit B). Under the Agreement, Jensen has released all claims, including those brought under the Fair Labor Standards Act, in return for Castle Point's release of all claims against Jensen, including claims for breach of contract, intentional interference with advantageous relations and violation of Mass. Gen. Laws ch. 93A. The Stipulation provides that Jensen and Castle Point dismiss all claims and counter-claims pending against each other in the above-captioned action, with prejudice, without costs, and with all rights of appeal waived. The Agreement and Stipulation have been reviewed and approved by each party's counsel.

This Settlement Agreement and General Release and Stipulation of Dismissal with Prejudice are submitted for the Court's approval because they involve release and dismissal of a claim under the Fair Labor Standards Act which requires either Department of Labor or

Court approval for validity. *See Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

WHEREFORE, the parties request that this Court approve the Agreement attached as Exhibit A and enter the Stipulation attached as Exhibit B.

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated | CASTLE POINT MORTGAGE, INC., |
| By their attorney, | By its attorney, |
| s/Erik H. Langeland<br>Erik H. Langeland<br>Erik H. Langeland, P.C.<br>730 Fifth Avenue, 9th Floor<br>New York, NY 10019<br>(212) 659-7774 | s/Christa von der Luft<br>Christa von der Luft (BBO#600362)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 439-2000 |

Date: March 8, 2006

1509217.1

# EXHIBIT A

FROM                                    (WED) FEB  8 2006 17:16/ST. 17:18/No. 6821020408 P  1

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

It is hereby agreed by and between Castle Point Mortgage, Inc. and Eric Jensen as follows:

1. Eric Jensen will stipulate to dismissal with prejudice of his claim in the action entitled *Paul Reinsmith and Kevin Dinsdale v. Castle Point Mortgage, Inc.*, United States District Court, District of Massachusetts, C.A. No. 05 11168 GAO.

2. Eric Jensen hereby remises, releases, and forever discharges Castle Point Mortgage, Inc. and its past and present officers, directors, employees, agents, insurers, parents, subsidiaries, affiliates, and counsel, of and from all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, warranties, and any and all claims, demands, and liabilities whatsoever, whether currently known or unknown, of any name and nature, and in law and in equity, that he now has or ever had from the beginning of the world to this date, including but not limited to claims arising from or related to his employment with Castle Point Mortgage, claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, and claims for unpaid overtime wages.

3. Castle Point Mortgage hereby remises, releases, and forever discharges Eric Jensen of and from all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, warranties, and any and all claims, demands, and liabilities whatsoever, whether currently known or unknown, of any name and nature, and in law and in equity, that it now has or ever had from the beginning of the world to this date.

4. Jensen states that he has read and understood this Agreement, that he has consulted with an attorney prior to executing this Agreement, and that he has voluntarily executed this Agreement with full knowledge of the legal consequences of its provisions.

5. This Settlement Agreement and General Release is the entire agreement between the parties. No other consideration has been offered, promised, or is expected.

6. The validity, effect, and enforceability of this Release shall be governed, construed, and interpreted solely according to the laws of the Commonwealth of Massachusetts.

_Eric C. Jensen_     2/8/06
Eric Jensen          Date

_[signature]_        2/16/06
Castle Point Mortgage, Inc.   Date
By:    Gerald Infantino
Title: President

1499593.1

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | C.A. No. 05 11168 GAO |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a) (1), plaintiff Eric Jensen and defendant Castle Point Mortgage, Inc. hereby agree and stipulate that all claims and/or counter-claims against each other are hereby dismissed with prejudice, without costs and all rights of appeal are waived.

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated | CASTLE POINT MORTGAGE, INC., |
| By their attorney, | By its attorney, |
| s/Erik H. Langeland<br>Erik H. Langeland<br>Erik H. Langeland, P.C.<br>730 Fifth Avenue, 9th Floor<br>New York, NY 10019<br>(212) 659-7774 | s/Christa von der Luft<br>Christa von der Luft (BBO#600362)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 439-2000 |

Date: March 8, 2006