UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05 11168 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

During the January 31, 2006, Rule 16 Conference in this matter, the Court requested that plaintiffs Paul Reinsmith and Kevin Dinsdale and defendant Castle Point Mortgage, Inc. submit a proposed scheduling order setting out specific deadlines in this litigation. In response to that request, the parties have developed the attached Proposed Joint Scheduling Order.

WHEREFORE, the parties respectfully request that the Court allow this Joint Motion and enter the attached Proposed Joint Scheduling Order.

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, | CASTLE POINT MORTGAGE, INC., |
| By their attorney, | By its attorney, |
| s/Erik H. Langeland<br>Erik H. Langeland<br>Erik H. Langeland, P.C.<br>730 Fifth Avenue, 9th Floor<br>New York, NY 10019<br>(212) 659-7774 | s/Christa von der Luft<br>Christa von der Luft (BBO#600362)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 439-2000 |

Date: March 17, 2006

1511383.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05 11168 GAO<br>)<br>)<br>)<br>)<br>) |

## PROPOSED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, a scheduling conference was held on January 31, 2006. After considering the Local Rule 16.1 Joint Statement and the matters discussed at the conference, the Court hereby orders the following:

### DEADLINES

| | | |
|---|---|---|
| 1. | April 18, 2006, or 60 days from the date the initial notice is sent | All opt-in notices filed with Court |
| 2. | July 18, 2006 | Motions to amend complaint |
| 3. | November 20, 2006 | Completion of fact discovery |
| 4. | January 2, 2007 | Rule 26(a)(2) disclosures of plaintiff's experts |
| 5. | February 13, 2007 | Rule 26(a)(2) disclosure of defendant's experts |
| 6. | March 13, 2007 | Deposition of experts |
| 7. | April 10, 2007 | Motions for summary judgment |
| 8. | May 8, 2007 | Pretrial Conference (if no motions for summary judgment are filed) |
| 9. | 30 Days after receipt of Court's order on summary judgment | Pretrial Conference (if a motion for summary judgment is filed) |

- 2 -

_____          _____
DATE                          O'TOOLE, J.


1509794.1