UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | C.A. No. 05 11168 GAO |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL

Opt-in plaintiff Nichol Hannaford and defendant Castle Point Mortgage, Inc. ("Castle Point") jointly request this Court's approval of the Settlement Agreement and General Release ("Agreement," attached as Exhibit A), and the Stipulation of Dismissal with Prejudice ("Stipulation," attached as Exhibit B). Under the Agreement, Hannaford has released all claims, including those brought under the Fair Labor Standards Act, in return for Castle Point's release of all claims against Hannaford, including claims for breach of contract. The Stipulation provides that Hannaford and Castle Point dismiss all claims and counter-claims pending against each other in the above-captioned action, with prejudice, without costs, and with all rights of appeal waived. The Agreement and Stipulation have been reviewed and approved by each party's counsel.

This Settlement Agreement and General Release and Stipulation of Dismissal with Prejudice are submitted for the Court's approval because they involve release and dismissal of a claim under the Fair Labor Standards Act which requires either Department of Labor or

Court approval for validity. *See Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

WHEREFORE, the parties request that this Court approve the Agreement attached as Exhibit A and enter the Stipulation attached as Exhibit B.

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated | CASTLE POINT MORTGAGE, INC., |
| By their attorney, | By its attorney, |
| s/Erik H. Langeland | s/Christa von der Luft |
| Erik H. Langeland<br>Erik H. Langeland, P.C.<br>730 Fifth Avenue, 9th Floor<br>New York, NY 10019<br>(212) 659-7774 | Christa von der Luft (BBO#600362)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 439-2000 |

Date: March 23, 2006

1510921.1

To:    Page 3 of 3                    2006-03-14 16:35:03 (GMT)                    12128989086  From: Erik H. Langeland, ESQ

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

It is hereby agreed by and between Castle Point Mortgage, Inc. and Nichol Hannaford as follows:

1. Nichol Hannaford will stipulate to dismissal with prejudice of her claim in the action entitled *Paul Reinsmith and Kevin Dinsdale v. Castle Point Mortgage, Inc.*, United States District Court, District of Massachusetts, C.A. No. 05 11168 GAO.

2. Castle Point Mortgage, Inc. will stipulate to dismissal with prejudice of its claim entitled *Castle Point Mortgage, Inc. v. Nichol C. Hannaford*, Essex Superior Court, Civil Action No. 06-260-C.

3. Nichol Hannaford hereby remises, releases, and forever discharges Castle Point Mortgage, Inc. and its past and present officers, directors, employees, agents, insurers, parents, subsidiaries, affiliates, and counsel, of and from all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, warranties, and any and all claims, demands, and liabilities whatsoever, whether currently known or unknown, of any name and nature, and in law and in equity, that she now has or ever had from the beginning of the world to this date, including but not limited to claims arising from or related to his employment with Castle Point Mortgage, claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, and claims for unpaid overtime wages.

4. Castle Point Mortgage hereby remises, releases, and forever discharges Nichol Hannaford of and from all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, warranties, and any and all claims, demands, and liabilities whatsoever, whether currently known or unknown, of any name and nature, and in law and in equity, that it now has or ever had from the beginning of the world to this date.

5. Hannaford states that she has read and understood this Agreement, that she has consulted with an attorney prior to executing this Agreement, and that she has voluntarily executed this Agreement with full knowledge of the legal consequences of its provisions.

6. This Settlement Agreement and General Release is the entire agreement between the parties. No other consideration has been offered, promised, or is expected.

7. The validity, effect, and enforceability of this Release shall be governed, construed, and interpreted solely according to the laws of the Commonwealth of Massachusetts.

_Nichol Hannaford_  3/15/06
Nichol Hannaford                    Date

_[signature]_  3/22/06
Castle Point Mortgage, Inc.           Date
By: Gerald Infantino
Title: President

1510924.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN DINSDALE, )
Individually, and on Behalf of all Others Similarly )
Situated, )
  )
    Plaintiffs, )
  ) C.A. No. 05 11168 GAO
v. )
  )
CASTLE POINT MORTGAGE, INC., )
  )
    Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a) (1), plaintiff Nichol Hannaford and defendant Castle Point Mortgage, Inc. hereby agree and stipulate that all claims and/or counter-claims against each other are hereby dismissed with prejudice, without costs, and all rights of appeal are waived.

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated | CASTLE POINT MORTGAGE, INC., |
| By their attorney, | By its attorney, |
| s/Erik H. Langeland | s/Christa von der Luft |
| Erik H. Langeland | Christa von der Luft (BBO#600362) |
| Erik H. Langeland, P.C. | Nutter McClennen & Fish LLP |
| 730 Fifth Avenue, 9th Floor | World Trade Center West |
| New York, NY 10019 | 155 Seaport Blvd. |
| (212) 659-7774 | Boston, MA 02210 |
| | (617) 439-2000 |

Date: March 23, 2006