UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | C.A. No. 05 11168 GAO |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a) (1), plaintiff Eric Jensen and defendant Castle Point Mortgage, Inc. hereby agree and stipulate that all claims and/or counter-claims against each other are hereby dismissed with prejudice, without costs and all rights of appeal are waived.

| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated | CASTLE POINT MORTGAGE, INC., |
|---|---|
| By their attorney, | By its attorney, |
| s/Erik H. Langeland <br> Erik H. Langeland <br> Erik H. Langeland, P.C. <br> 730 Fifth Avenue, 9th Floor <br> New York, NY 10019 <br> (212) 659-7774 | s/Christa von der Luft <br> Christa von der Luft (BBO#600362) <br> Nutter McClennen & Fish LLP <br> World Trade Center West <br> 155 Seaport Blvd. <br> Boston, MA 02210 <br> (617) 439-2000 |

Date: March 8, 2006