UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL REINSMITH and KEVIN )
DINSDALE, Individually and on Behalf )
of all Others Similarly Situated, )
                                    )
        Plaintiffs, )
                                    )   C.A. No. 05 11168 GAO
v.                                  )
                                    )
CASTLE POINT MORTGAGE, INC., )
                                    )
        Defendant. )

### SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, a scheduling conference was held on January 31, 2006. After considering the Local Rule 16.1 Joint Statement and the matters discussed at the conference, the Court hereby orders the following:

### DEADLINES

| | | |
|---|---|---|
| 1. | April 18, 2006, or 60 days from the date the initial notice is sent | All opt-in notices filed with Court |
| 2. | July 18, 2006 | Motions to amend complaint |
| 3. | November 20, 2006 | Completion of fact discovery |
| 4. | January 2, 2007 | Rule 26(a)(2) disclosures of plaintiff's experts |
| 5. | February 13, 2007 | Rule 26(a)(2) disclosure of defendant's experts |
| 6. | March 13, 2007 | Deposition of experts |
| 7. | April 10, 2007 | Motions for summary judgment |
| 8. | May 8, 2007 | Pretrial Conference (if no motions for summary judgment are filed) |
| 9. | 30 Days after receipt of Court's order on summary judgment | Pretrial Conference (if a motion for summary judgment is filed) |

March 23, 2006
DATE

[signature]
O'TOOLE, J.

1509794.1