**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PAUL REINSMITH and KEVIN      )
DINSDALE, Individually, and on Behalf of  )
All Others Similarly Situated,       )
                              )
        Plaintiffs,        )
                              )   Case No. 05-11168 GAO
      v.            )
                              )
CASTLE POINT MORTGAGE, INC.,   )
                              )
        Defendant.       )

**PROPOSED ORDER**

On Plaintiffs' Motion For A Temporary Restraining Order, Preliminary

Injunction, And Other Relief to enjoin Defendant Castle Point Mortgage, Inc. from

retaliating against Plaintiffs or potential class members for filing or participating in the

Fair Labor Standards Act collective action, and having considered this motion, this Court

finds that Plaintiffs will suffer irreparable injury unless the requested temporary

restraining order is issued, pending a hearing and determination of Plaintiffs' Motion For

A Preliminary Injunction

In view of these findings, Plaintiff is entitled to a temporary restraining order

pending a hearing and determination of Plaintiff's preliminary injunction or until further

order of the Court.

IT IS ORDERED that Plaintiff's Motion For A Temporary Restraining Order is granted

and that Defendant Castle Point is restrained from:

1) pursuing state-law claims against Reinsmith, Dinsdale, Smith, Raffenello, and any

    other pending claims against any opt-ins;

2)  bringing any claims against any other prospective class members;

3)  terminating, discharging or taking any adverse employment action against any

individuals for joining this lawsuit or providing testimony relative to it;

4)  communicating about this lawsuit with any prospective class members; and

5)  "black-listing" or communicating with any class member's or potential class

member's employer or future employer.

Dated: March 28, 2006

SO ORDERED,

_____

O'TOOLE, J.