**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and accurate copy of the above documents to be served on the attorney for Castle Point Mortgage, Inc. electronically.

| | |
|---|---|
| Dated: March 28, 2006 | /s/ Erik H. Langeland |
| | Erik H. Langeland |
| | BBO # 567388 |
| | 730 Fifth Avenue, 9th Floor |
| | New York, NY 10019 |
| | (212) 659-7775 |
| | (212) 898-9086 (Fax) |
| | Erik.h.langeland@rcn.com |