## OPT-IN CONSENT FORM

*Reinsmith et al vs. Castlepoint Mortgage et al*

### Complete and Mail To:

TOUHY & TOUHY, LTD.
Attn: Castlepoint Mortgage Overtime Action
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(877) 372-2209
lawyers@touhylaw.com

| Name: (Please Print) *Brian Vigeant* | S.S.# |
|---|---|
| Address: *45 Haverhill St Haverhill, MA 01830* | Work Phone: *978-815-6533 ~cell* <br> Home Phone: <br> Email: *bvbrianv@netscape.net* |

### CONSENT TO JOIN COLLECTIVE ACTION
#### Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1.  I consent and agree to pursue my claims arising out of unpaid overtime work as a loan officer at Castlepoint Mortgage in connection with the above referenced lawsuit.

2.  I have worked in the position of loan officer at Castlepoint Mortgage from on or about _4/04_ (month, year) to on or about _3/05_ (month, year).

3.  During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5.  I hereby designate the law firms of TOUHY & TOUHY, LTD., and ERIK H. LANGELAND, P.C., ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

6.  I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| (Date Signed) *3/26/06* | (Signature) *Brian Vigeant* |
|---|---|

**NOTE** Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.