**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-11168 GAO |
| CASTLE POINT MORTGAGE, INC., | ) ) ) | |
| Defendant. | | |

**PLAINTIFFS' NOTICE OF FILING CONSENT(S) TO JOIN**
**PURSUANT TO [29 U.S.C. §§207, 211(c), 216(b)]**

NOW COME the Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby submit the following Consent(s) to Join pursuant to 29 U.S.C. §216(b), copies of which are attached and identified as follows:

    1.  Brian Vigeant.

 

                        Erik H. Langeland, P.C.
                        Attorneys for Plaintiffs

DATED: March 31, 2006                /s/ Erik H. Langeland
                        Erik H. Langeland
                        BBO #567388
                        Erik H. Langeland, P.C.
                        730 Fifth Avenue, 9th Floor
                        New York, NY 10019
                        (212) 659-7774
                        erik.h.langeland@rcn.com
                        ATTORNEY FOR PLAINTIFFS