UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05 11168 GAO |

### DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant Castle Point Mortgage, Inc. requests leave of the Court to exceed the twenty-page limit set forth in Local Rule 7.1(B)(4) in its Opposition to Plaintiffs' Motion for Temporary Restraining Order and Other Relief by five pages.  In support of this motion, Castle Point states that plaintiffs have raised serious allegations concerning Castle Point's conduct in this litigation and are seeking far-reaching relief which Castle Point could not address fully within the twenty-page limit.

WHEREFORE, Castle Point requests that the Court grant it leave to exceed the twenty-page brief limit.

CASTLE POINT MORTGAGE, INC.,

By its attorney,

/s Christa von der Luft
Christa von der Luft (BBO#600362)
Allison D. Burroughs (BBO#609346)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  April 11, 2006

1520517.1