# AFFIDAVIT OF LOUIS J. ALOSCO

I, Louis Alosco, under the pains and penalties of perjury state as follows:

1. My name is Louis Alosco. I am over the age of 18, competent, and make this affidavit based on my personal knowledge except where I have stated that it is upon information and belief.

2. I was employed as a loan officer for Castle Point Mortgage, Inc. from May 2005 to January 2006.

3. During that time, I was required to work significantly more than 40 hours per week. I was not compensated for any overtime I worked.

4. Other loan officers I worked with also routinely worked significantly more than 40 hours per week, without overtime compensation. We did so because our managers explicitly required us to work overtime. We routinely worked late nights and on Saturdays.

5. I learned of this lawsuit by word of mouth from other loan officers while I worked at Castle Point. Castle Point's managers made clear that if I joined, Castle Point would sue me. I learned that Castle Point had in fact sued other former loan officers soon after they joined this case. I was afraid to join this lawsuit because of the threat of a suit from Castle Point. Even though any such action against me would lack merit, I could not afford to defend it.

6. I had regular contact with dozens of Castle Point's loan officers while this lawsuit was ongoing, including Jason Lewis, Adam DePalma, Mike Porter, and many others. It was common knowledge among us that Castle Point was suing people who joined the lawsuit. Therefore, no one who still worked for Castle Point joined. All of us were afraid, based upon the climate and statements made by Castle Point's management, that Castle Point would terminate or sue us if we joined this lawsuit.

7. During my employment at Castle Point, I attended a meeting about this lawsuit. Castle Point's executives repeatedly conveyed during this meeting that they believed the case was baseless and that we were not entitled to overtime. At no time during those meetings did Castle Point's executives state that Castle Point would not retaliate against loan officers who joined this lawsuit.

8. The suggestion that Castle Point gave impartial information about this lawsuit is not accurate. Castle Point's executives repeatedly gave their biased opinion that this case was frivolous, baseless and that there was not even a meritorious argument that loan officers were entitled to overtime.

9. I do not believe: that 1) I worked little overtime while at Castle Point, 2) that the overtime pay I would be entitled would be insignificant, or 3) that it was otherwise not worth my while to join this lawsuit. Instead, I was deeply concerned that if I joined this lawsuit, Castle Point would sue me. Many loan officers I worked with expressed the exact same considerations.

_____
Louis J. Alosco

Sworn to before me this

18th day of April, 2006

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Oneil E. Letts, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires Aug. 3, 2009
Member, Pennsylvania Association of Notaries