UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | C.A. No. 05 11168 GAO |

## ASSENTED-TO MOTION TO CONTINUE HEARING

Defendant Castle Point Mortgage, Inc. requests that this Court continue the hearing on Plaintiffs' Motion for Temporary Restraining Order, currently scheduled for Thursday, April 27, 2006, at 2:30 p.m. Defendant requests this continuance because its counsel will be unavailable due to a previously scheduled out-of-town seminar that she has already paid to attend. Plaintiffs assent to this motion.

WHEREFORE, Defendant requests that the hearing scheduled for April 27, 2006, be continued to a later date.

CASTLE POINT MORTGAGE, INC.,

By its attorneys,

/s Christa von der Luft
Christa von der Luft (BBO#600362)
Allison D. Burroughs (BBO#609346)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Assented-to:

PAUL REINSMITH and KEVIN DINSDALE, individually and on behalf of all others similarly situated,

By their attorney,


/s Erik H. Langeland
Erik H. Langeland
Erik H. Langeland, P.C.
730 Fifth Ave, Ninth Floor
New York, NY 10019
(212) 659-7774



1522495.1