UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, | ) ) ) ) | C.A. No. 05 11168 GAO |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CASTLE POINT MORTGAGE, INC., | ) ) | |
| Defendant. | ) | |

### CASTLE POINT MORTGAGE, INC.'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendant Castle Point Mortgage, Inc. ("Castle Point") moves to extend the time it has to respond to Plaintiffs' Motion to Amend Complaint. Castle Point seeks to extend the due date of its opposition from April 26, 2006, to May 8, 2006. As grounds for this motion, Castle Point states that the additional time is necessary, in part, due to the previously planned vacation schedule of Castle Point's counsel. Moreover, the extension sought will not prejudice any party to this action, and Plaintiffs have assented to this motion.

                                                                 CASTLE POINT MORTGAGE CORP.,

                                                                 By its attorneys,

                                                                 /s Christa von der Luft
                                                                Christa von der Luft (BBO# 600362)
                                                                Nutter, McClennen & Fish, LLP
                                                                155 Seaport Blvd.
                                                                 World Trade Center West
April 24, 2006                                              Boston, MA  02210
                                                                 (617) 439-2000

Assented to:

PAUL REINSMITH and KEVIN DINSDALE, individually and on behalf of all others similarly situated,

By their attorneys,

/s Erik H. Langeland
Erik H. Langeland
Erik H. Langeland, P.C.
730 Fifth Ave, Ninth Floor
New York, NY  10019
(212) 659-7774


1523423.1