UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 05 11168 GAO |

CASTLE POINT MORTGAGE, INC.'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO AMEND COMPLAINT AND TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 6(b), defendant Castle Point Mortgage, Inc. ("Castle Point") moves to extend the time it has to respond to Plaintiffs' Motion to Amend Complaint. Castle Point seeks to extend the due date of its opposition from May 8, 2006, to May 22, 2006. Further, Castle Point requests that this Court continue the hearing on Plaintiffs' Motion for Temporary Restraining Order, currently scheduled for Thursday, May 11, 2006, at 2:15 p.m. Castle Point seeks these extensions because the parties have scheduled a meeting for Monday, May 11, 2006, to engage in settlement negotiations. Plaintiffs assent to this motion.

WHEREFORE, Castle Point requests that the due date for its response to Plaintiffs' Motion to Amend be moved to May 22, 2006, and the hearing scheduled for May 11, 2006, be continued to a later date.

                                      CASTLE POINT MORTGAGE CORP.,

                                      By its attorneys,

                                      <u>/s Christa von der Luft</u>
                                      Christa von der Luft (BBO# 600362)
                                      Nutter, McClennen & Fish, LLP
                                      155 Seaport Blvd.
                                      World Trade Center West
                                      Boston, MA  02210
May 4, 2006                          (617) 439-2000

Assented to:

PAUL REINSMITH and KEVIN DINSDALE, individually and on behalf of all others similarly situated,

By their attorneys,

<u>/s Erik H. Langeland</u>
Erik H. Langeland
Erik H. Langeland, P.C.
730 Fifth Ave, Ninth Floor
New York, NY  10019
(212) 659-7774


1526866.1