UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, | ) ) ) | |
| | ) | C.A. No. 05 11168 GAO |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| CASTLE POINT MORTGAGE, INC., | ) ) | |
| Defendant. | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE HEARING</u>

Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, request that this Court continue the hearing on Plaintiffs' Motion for Temporary Restraining Order, currently scheduled for June 5, 2006. Plaintiffs request this continuance because a mediation in this matter is scheduled for June 6, 2006. Defendant assents to this motion.

WHEREFORE, Plaintiffs request that the hearing scheduled for June 6, 2006 be continued until such time as is convenient for the Court.

                PAUL REINSMITH and KEVIN
                DINSDALE, individually and on
                behalf of all others similarly
                situated,

                By their attorney,


                /s Erik H. Langeland_____
                Erik H. Langeland
                Erik H. Langeland, P.C.
                730 Fifth Ave, Ninth Floor

New York, NY 10019
(212) 659-7774

Assented-to:

CASTLE POINT MORTGAGE, INC.,

By its attorneys,

/s Christa von der Luft
Christa von der Luft (BBO#600362)
Allison D. Burroughs (BBO#609346)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000