UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | C.A. No. 05 11168 GAO |

## MOTION TO CONTINUE HEARING

Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, request that this Court continue the hearing on Plaintiffs' Motion for Temporary Restraining Order, currently scheduled for July 12, 2006 as the parties are close to reaching a settlement. Defendant consents to this continuance.

WHEREFORE, Plaintiffs request that the hearing scheduled for July 12, 2006 be continued until such time as is convenient for the Court.

FILED
CLERKS OFFICE
2006 JUL 12 A 9: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

PAUL REINSMITH and KEVIN
DINSDALE, individually and on
behalf of all others similarly
situated,

By their attorney,


/s Erik H. Langeland
Erik H. Langeland
Erik H. Langeland, P.C.
730 Fifth Ave, Ninth Floor
New York, NY 10019
(212) 659-7774