UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, | ) ) ) | |
| | ) | C.A. No. 05 11168 GAO |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| CASTLE POINT MORTGAGE, INC., | ) ) | |
| Defendant. | ) | |

MOTION TO CONTINUE HEARING

Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, request that this Court continue the hearing on Plaintiffs' Motion for Temporary Restraining Order, currently scheduled for July 24, 2006 as the parties are close to reaching a settlement.  Defendant consents to this continuance.

WHEREFORE, Plaintiffs request that the hearing scheduled for July 24, 2006 be continued until such time as is convenient for the Court.

                    PAUL REINSMITH and KEVIN
                    DINSDALE, individually and on
                    behalf of all others similarly
                    situated,

                    By their attorney,


                    /s Erik H. Langeland_____
                    Erik H. Langeland
                    Erik H. Langeland, P.C.
                    730 Fifth Ave, Ninth Floor
                    New York, NY  10019
                    (212) 659-7774