UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05 11168 GAO |

## ASSENTED-TO MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs, Paul Reinsmith and Kevin Dinsdale, individually and on behalf of all others similarly situated, request that this Court withdraw Plaintiffs' Motion for Temporary Restraining Order, currently scheduled to be heard on August 10, 2006 as the parties have settled this matter.

WHEREFORE, Plaintiffs request that Plaintiffs' Motion For Temporary Restraining Order be withdrawn.

                                              PAUL REINSMITH and KEVIN
                                              DINSDALE, individually and on
                                              behalf of all others similarly
                                              situated,

                                              By their attorney,

                                              /s Erik H. Langeland_____
                                              Erik H. Langeland
                                              Erik H. Langeland, P.C.
                                              730 Fifth Ave, Ninth Floor
                                              New York, NY  10019
                                              (212) 659-7774

Assented-to:

CASTLE POINT MORTGAGE, INC.,

By its attorneys,

/s Christa von der Luft
Christa von der Luft (BBO#600362)
Allison D. Burroughs (BBO#609346)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000