UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>    Defendant. | C.A. No. 05 11168 GAO |

### JOINT STIPULATION TO ENLARGE TIME TO ANSWER SECOND AMENDED COLLECTIVE ACTION COMPLAINT AND JURY DEMAND

Defendant Castle Point Mortgage, Inc. ("Castle Point") and plaintiffs Paul Reinsmith and Kevin Dinsdale, individually, and on behalf of all others similarly situated, hereby stipulate that Castle Point has up until and including December 20, 2006, to respond to Plaintiffs' Second Amended Collective Action Complaint and Jury Demand ("Second Amended Complaint"). It is anticipated that, by this time, the Court will have determined whether to finally approve the parties' Join Stipulation for Settlement, and Castle Point will then file an answer only if necessary.

| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated | CASTLE POINT MORTGAGE, INC. |
|---|---|
| By their attorney, | By its attorney, |
| s/ Erik H. Langeland<br>Erik H. Langeland (BBO #567388)<br>Erik H. Langeland, P.C.<br>730 Fifth Avenue, 9th Floor<br>New York, NY 10019<br>(212) 659-7774 | s/ Christa von der Luft<br>Christa von der Luft (BBO #600362)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 439-2000 |

Date: October 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 20, 2006.

Dated: October 20, 2006        /s/ Christa von der Luft
                                Christa von der Luft

1569246.1