UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05 11168 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT MOTION FOR APPROVAL OF SETTLEMENT
AGREEMENT AND STIPULATION OF DISMISSAL

Opt-in plaintiff Scott Dauteuil and defendant Castle Point Mortgage, Inc. ("Castle Point") jointly request this Court's approval of the Settlement Agreement and General Release ("Agreement," attached as Exhibit A), and the Stipulation of Dismissal with Prejudice ("Stipulation," attached as Exhibit B). Under the Agreement, Dauteuil has released all claims, including those brought under the Fair Labor Standards Act, in return for Castle Point's release of all claims against Dauteuil, including claims for breach of contract, intentional interference with advantageous relations, and violation of Mass. Gen. Laws ch. 93A. The Stipulation provides that Dauteuil and Castle Point dismiss all claims and counter-claims pending against each other in the above-captioned action, with prejudice, without costs, and with all rights of appeal waived. The Agreement and Stipulation have been reviewed and approved by each party's counsel.

This Settlement Agreement and General Release and Stipulation of Dismissal with Prejudice are submitted for the Court's approval because they involve release and dismissal of a claim under the Fair Labor Standards Act which requires either Department of Labor or

Court approval for validity. *See Lynn's Food Stores v. United States,* 679 F.2d 1350, 1353 (11th Cir. 1982).

WHEREFORE, the parties request that this Court approve the Agreement attached as Exhibit A and enter the Stipulation attached as Exhibit B.

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated | CASTLE POINT MORTGAGE, INC., |
| By their attorney, | By its attorney, |
| s/Erik H. Langeland<br>Erik H. Langeland<br>Erik H. Langeland, P.C.<br>730 Fifth Avenue, 9th Floor<br>New York, NY 10019<br>(212) 659-7774 | s/Christa von der Luft<br>Christa von der Luft (BBO#600362)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 439-2000 |

Date: October 20, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 20, 2006.

Dated: October 20, 2006                                    /s/ Christa von der Luft
                                                                            Christa von der Luft

1569247.1

EXHIBIT A

FROM : SD CONSTRUCTION         PHONE NO. : 6036358053         Sep. 19 2006 07:56PM P1
To:   Page 2 of 2

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

It is hereby agreed by and between Castle Point Mortgage, Inc. and Scott Dauteuil as follows:

1. Scott Dauteuil will stipulate to dismissal with prejudice of his claim in the action entitled *Paul Reinsmith and Kevin Dinsdale v. Castle Point Mortgage, Inc.*, United States District Court, District of Massachusetts, C.A. No. 05 11168 GAO.

2. Scott Dauteuil hereby remises, releases, and forever discharges Castle Point Mortgage, Inc. and its past and present officers, directors, employees, agents, insurers, parents, subsidiaries, affiliates, and counsel, of and from all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, warranties, and any and all claims, demands, and liabilities whatsoever, whether currently known or unknown, of any name and nature, and in law and in equity, that he now has or ever had from the beginning of the world to this date, including but not limited to claims arising from or related to his employment with Castle Point Mortgage, claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, and claims for unpaid overtime wages.

3. Castle Point Mortgage hereby remises, releases, and forever discharges Scott Dauteuil of and from all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, warranties, and any and all claims, demands, and liabilities whatsoever, whether currently known or unknown, of any name and nature, and in law and in equity, that it now has or ever had from the beginning of the world to this date.

4. Dauteuil states that he has read and understood this Agreement, that he has consulted with an attorney prior to executing this Agreement, and that he has voluntarily executed this Agreement with full knowledge of the legal consequences of its provisions.

5. This Settlement Agreement and General Release is the entire agreement between the parties. No other consideration has been offered, promised, or is expected.

6. The validity, effect, and enforceability of this Release shall be governed, construed, and interpreted solely according to the laws of the Commonwealth of Massachusetts.

_____  9/15/06
Scott Dauteuil              Date

_____  9/27/06
Castle Point Mortgage, Inc.  Date
By:    Gerald Infantino
Title: President

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE POINT MORTGAGE, INC., <br><br> Defendant. | C.A. No. 05 11168 GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Scott Dauteuil and defendant Castle Point Mortgage, Inc. hereby agree and stipulate that all claims and/or counter-claims against each other are hereby dismissed with prejudice, without costs and all rights of appeal are waived.

PAUL REINSMITH and KEVIN DINSDALE, Individually, and on Behalf of all Others Similarly Situated

By their attorney,

s/Erik H. Langeland
Erik H. Langeland
Erik H. Langeland, P.C.
730 Fifth Avenue, 9th Floor
New York, NY 10019
(212) 659-7774

Date: October 20, 2006

CASTLE POINT MORTGAGE, INC.,

By its attorney,

s/Christa von der Luft
Christa von der Luft (BBO#600362)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2000