UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH, KEVIN DINSDALE, OMAR BATHER, MICHAEL WILES, and ROBERT BIANCHI, Individually, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | C.A. No. 05 11168 GAO |

## JOINT REPORT

The parties state that defendant has satisfied all terms of the settlement approved by the Court on December 20, 2006. The parties request entry and approval of the Stipulation of Dismissal with Prejudice attached as <u>Exhibit A</u>.

| | |
|---|---|
| PAUL REINSMITH, KEVIN DINSDALE, OMAR BATHER, MICHAEL WILES, and ROBERT BIANCHI, Individually, and on Behalf of all Others Similarly Situated,<br><br>By their attorneys, | CASTLE POINT MORTGAGE CORP.,<br><br>By its attorneys, |
| /s/ Ryan F. Stephan<br>Ryan F. Stephan<br>Touhy & Touhy Ltd.<br>Suite 2210<br>161 North Clark Street<br>Chicago, IL 60601<br>(312) 372-2209 | /s/Christa von der Luft<br>Christa von der Luft (BBO# 600362)<br>Nutter, McClennen & Fish, LLP<br>155 Seaport Blvd.<br>World Trade Center West<br>Boston, MA 02210<br>(617) 439-2000 |

Dated: March 29, 2007

1618261.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL REINSMITH, KEVIN DINSDALE, OMAR BATHER, MICHAEL WILES, and ROBERT BIANCHI, Individually, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE POINT MORTGAGE, INC.,<br><br>Defendant. | C.A. No. 05 11168 GAO |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Paul Reinsmith, Kevin Dinsdale, Omar Bather, Michael Wiles, and Robert Bianchi, individually and on behalf of all others similarly situated, and defendant Castle Point Mortgage, Inc. stipulate that this matter is dismissed with prejudice. All rights to appeal are waived.

PAUL REINSMITH, KEVIN DINSDALE, OMAR BATHER, MICHAEL WILES, and ROBERT BIANCHI, Individually, and on behalf of all others similarly situated,

By their attorneys,


/s/ Ryan F. Stephan
Ryan F. Stephan
Touhy & Touhy Ltd.
Suite 2210
161 North Clark Street
Chicago, IL 60601
(312) 372-2209

Dated: March 29, 2007

CASTLE POINT MORTGAGE CORP.,

By its attorneys,


/s/ Christa von der Luft
Christa von der Luft (BBO# 600362)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

1615827.1